AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) |
| DAVID DION, | )   Case No.   1:24-mj- H85 (CFH) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

**U.S. DISTRICT COURT - N.D. OF N.Y.**
**FILED**
**OCT 23 2024**
O'CLOCK
Albany

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates of July 18, 2023, to February 28, 2024, in the county of Washington in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(5)(A), (b)(1) | Receipt of child pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☒    Continued on the attached sheet.

_____
Complainant's signature

Dominick Canty, FBI Special Agent
_____
Printed name and title

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: October 23, 2024    _____
Judge's signature

City and State:    Albany, NY    Hon. Christian F. Hummel, U.S. Magistrate Judge
_____
Printed name and title

## Affidavit in Support of a Criminal Complaint

I, **Dominick Canty**, having been first duly sworn, do hereby depose and state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since September 2019. I am assigned to the Albany Field Office and specifically to a squad investigating federal violations concerning child pornography and the sexual exploitation of children. I have gained experience investigating such crimes through training in seminars, classes, and everyday work related to conducting these types of investigations. Previously I was assigned to an Internet Crimes Against Children squad in FBI Los Angeles, where I have experience investigating subjects who have exploited children, typically by transmitting Child Sexually Abusive Material using computers connected to the Internet. Prior to being employed by the FBI as a Special Agent, I was employed by the FBI as an Intelligence Analyst for approximately two years, where I have had experience performing analysis for investigations involving drug trafficking and transnational organized crime.

2.      I am familiar with the facts and circumstances described herein, and this affidavit is based upon my own knowledge, as well as statements and documents provided by witnesses, and other records obtained from other sources, and information gathered, and analysis conducted by other law enforcement agents and investigators.

3.      I have also received formal training regarding crimes against children. Through both my training and experience, I have become familiar with the methods of operation used by people who commit offenses involving the sexual exploitation of children, and how people use the electronic devices and the Internet to commit crimes related to the sexual exploitation of children.

4.      I make this affidavit in support of a criminal complaint charging **DAVID DION** with knowingly receiving child pornography that has been transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means,

1

including by computer, in violation of Title 18 United States Code, Section 2252A(a)(2)(A) and (b)(1).

5.    The statements contained in this affidavit are based upon my investigation, information provided by other law enforcement officers, and on my experience and training.  As this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the requested complaint and arrest warrant.

## Basis for a Probable Cause Finding

### Background on NCMEC

6.    NCMEC is a private, non-profit corporation whose mission is to help find missing children, reduce child sexual exploitation, and prevent child victimization. NCMEC works with law enforcement and serves as the national clearinghouse for families, victims, the private industry, and other professionals on information and programs related to missing and exploited children's issues. NCMEC employs over 330 individuals and works with hundreds of volunteers to facilitate outreach and community child safety events nationwide.

7.    NCMEC maintains the CyberTipline, which was developed to further NCMEC's mission to help prevent and diminish the sexual exploitation of children by allowing the public and electronic service providers (ESPs) and internet service providers (ISPs) to report the online enticement of children for sexual acts, extra-familial child sexual molestation, child pornography, child sex tourism, child sex trafficking, unsolicited obscene materials sent to a child, misleading domain names, misleading words, or digital images on the Internet. NCMEC created a secure CyberTipline to facilitate the reporting of apparent child sexual abuse material by ESPs and ISPs. Once registered with NCMEC, ESPs and ISPs can upload files relating to child sexual abuse

2

material when making reports to NCMEC using a secure electronic connection. Uploaded files may include images, video, or other reported content.

8.      Neither the government nor any law enforcement agency created the CyberTipline or has input into CyberTipline operations. The government does not instigate, direct, or provide guidance to NCMEC· in its processing of CyberTipline reports. NCMEC receives complaints via their CyberTipline from ISPs, ESPs, and others. These CyberTipline reports are reviewed by a NCMEC analyst and forwarded to law enforcement for further investigation on the information provided in the CyberTipline report. CyberTipline Reports, also referred to as CyberTip reports, are provided directly to law enforcement, including the New York State Police (NSYP) or FBI. The reports are then directed to the appropriate law enforcement office. NCMEC also provides CyberTip reports to other federal law enforcement agencies and to state and local agencies through Internet Crimes Against Children (ICAC) Task Forces in every state.

*CyberTips from Synchronoss*

9.      Between July 19, 2023, and January 27, 2024, Synchronoss Technologies, Inc., a cloud-based storage provider for content stored on Verizon's Cloud, submitted several CyberTips to NCMEC, including CyberTip report numbers 166767166, 167540433, 168176948, 176727106, 177583400, 177701098, 178828851, 179047343, 183914594, 184221388, 184479807, 184992812, 185107530, and 185445184, to report images of suspected child pornography that were being uploaded to Synchronoss servers by telephone number 518-769-3542.

10.     For example, Synchronoss reported an initial incident on July 19, 2023, in which telephone number 518-769-3542 uploaded eight images containing child pornography to their cloud storage. Synchronoss reported that each of the files contained images depicting prepubescent minors being subjected to sex acts. One of those files had a filename ending -03188c, which was reviewed by investigators, depicted a pre-pubescent female with an adult male's penis being

3

inserted into the child's mouth. Synchronoss submitted additional CyberTip reports to NCMEC for other suspected child pornography files uploaded to their servers by telephone number 518-769-3542 on July 27, July 30, 2023, October 22, October 30, October 31, November 8, and November 10, 2023, and on January 6, January 10, January 13, January 20, January 22, and January 27, 2024.

11.    Verizon records show that telephone number 518-769-3542 had a subscriber "David Dion," with a listed address on Cottage Street, in Greenwich, New York ("Cottage Street Residence").

*Search of Cottage Street Residence and Review of Electronic Devices*

12.    On February 27, 2024, a Criminal Court Judge in the Village of Greenwich, in Washington County, New York, issued a state warrant authorizing the search of the Cottage Street Residence, the person of DAVID DION, DION's vehicles, and any electronic devices found during those searches.

13.    On February 28, 2024, New York State Police investigators executed the search warrant at the Cottage Street Residence, where agents found DAVID DION and eight different electronic devices, including (i) a Samsung Galaxy S22 Ultra Cell Phone; (ii) a Samsung Galaxy S23 Ultra Cell Phone; (iii) a Seagate SRDONF2 External Hard Drive; (iv) a Seagate SRDUPV1 External Hard Drive; (v) a Seagate SRDOOOF2 External Hard Drive; (vi) a Seagate SRDOVN3 External Hard Drive; (vii) an HP 290-P0043W Computer Tower; and (viii) an ASUS GA539 Laptop.

14.    Law enforcement subsequently performed a forensic review of each of the devices, which is ongoing, and found thousands of images and videos depicting child pornography on DION's devices, namely the Samsung Galaxy S22 Ultra Cell Phone, the Samsung Galaxy S23 Ultra Cell Phone, the Seagate SRDONF2 External Hard Drive, Seagate SRDUPV1 External Hard

Drive, Seagate SRDOOOF2 External Hard Drive, and the Seagate SRDOVN3 External Hard Drive, including images of child pornography involving pre-pubescent children less than twelve years old.

15.     Below are descriptions of three videos found on the Samsung Galaxy S23 Ultra Cell Phone, which had assigned call number 518-769-3542 and was found at the Cottage Street Residence in DION's bedroom:

a.    A file named "3398204481827242385.mp4" approximately 56 seconds in length. An adult male penis is seen in the video with a child approximately 3-4 years old based on the size of the child. Throughout the video the adult male is seen pushing his penis towards the mouth of the child. Throughout the video the child seems distressed. The video has a Modified Date of 10/26/2003.

b.    A file named "2468377864678452316.mov" approximately 10 seconds in length. An unclothed child approximately 2-3 years in age based on the size of the child is seen laying on its back distressed. An adult hand is seen inserting an object in the anus of the child. The video has a Modified Date of 11/06/2023.

c.    A file named "-2776487125372795118.mov" approximately 1 minute and 32 seconds in length. An adult male penis is seen in the video with a child approximately 5 to 8 years old based on the size of the child. The child is unclothed. The adult male is seen inserting his penis inside the child's mouth for the duration of the video. The video has a Modified Date of 11/06/2023.

16.     The Samsung Galaxy S23 Ultra Cellphone also contained records showing that the user of the device was DAVID DION. The devices "Bluetooth device name" was "Dave's S23 Ultra." Located on the device are multiple credit cards saved to the device in the name of "David Dion" to include a credit card associated with CashApp.

*Interview and Statement of DION*

17. On February 28, 2024, DION was interviewed at the New York State Police Barracks in Greenwich, New York. After being advised of his rights, DION stated:

a. That he previously used the Internet, including via the dark web, to download files depicting child pornography;

b. That after downloading the files, he copied the files onto separate hard drives for storage and later use;

c. That he is the only person who uses and has access to the devices containing images of child pornography; and

d. That he had fantasized and looked at images of child pornography to masturbate.

18. DION also provided a signed, written statement, in which he stated, in relevant part: "I started watching child pornography about five years ago on my HP laptop computer. I started searching the dark web and found approximately 100 folders that contained about 100 images of children naked and performing sexual acts. I downloaded the[m] to my computer and then onto removable hard drives. I have recently purchased a new Asus laptop from Best Buy and have watched child pornography on my computer. I have never downloaded any child pornography on my cell phone. I started watching pornography for self-gratification because my wife and I have not been intimate for 9 years. I watch most of the child porn videos for the females legs and feet primarily. I keep my electronic devices in a separate room where my family can't gain access. I watch the videos at night after everyone is asleep. I masturbate to the videos and have never shared them with anyone else."

**Conclusion**

19. Based upon the above information, there is probable cause to conclude that between at least July 19, 2023, and February 28, 2024, in Washington County, New York, in the Northern

6

District of New York, **DAVID DION** violated Title 18, United States Code, Sections 2252A(a)(2)(A), and (b)(1), which prohibits knowingly receiving child pornography that has been transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer.

Attested to by:

Dominick Canty
Special Agent
Federal Bureau of Investigation

I, the Honorable Christian F. Hummel, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure and was signed by me on October 23, 2024.

Honorable Christian F. Hummel
United States Magistrate Judge
U.S. District Court for the Northern District Of New York

7